UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-61032-CIV-MORENO**

DANIEL TURNER,

     Plaintiff,

vs.

DND, INC., a Florida corporation,

     Defendant.

_____/

CLOSED CIVIL CASE

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court during the hearing held on **Friday, July 18, 2008 at 11:00 A.M.**  The Order Setting Hearing **(D.E. No. 3)**, filed on July 14, 2008, mandated attendance by counsel in this case.  Plaintiff's counsel filed no notice of unavailability or motion to continue the hearing with the Court.  Moreover, the Court waited until 11:40 A.M. and Plaintiff's counsel did not elect to appear.  Therefore, it is

    **ORDERED** that this case is **DISMISSED** without prejudice.

    DONE AND ORDERED in Open Court and signed in Chambers at Miami, Florida, this 17th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record